IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lewis, Donnella M

Printed: 9/9/08

Case Number: 08 B 00998
Judge: Squires, John H
Filed: 1/17/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 30, 2008
Confirmed: March 12, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 300.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 280.50 |
| Trustee Fee: |  | 19.50 |
| Other Funds: |  | 0.00 |
| Totals: | 300.00 | 300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 3,500.00 | 280.50 |
| 2. | Capital One | Unsecured | 366.66 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 778.77 | 0.00 |
| 4. | Sprint Nextel | Unsecured | 151.39 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 5,114.03 | 0.00 |
| 6. | T Mobile USA | Unsecured | 229.70 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 59.58 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 250.44 | 0.00 |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 11. | Dish Network | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 10,450.57 | $ 280.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 19.50 |
|  | _____ |
|  | $ 19.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lewis, Donnella M | Case Number:  08 B 00998 |
| | Judge:  Squires, John H |
| Printed:  9/9/08 | Filed:  1/17/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_